UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LAJUANA WILSON, as mother and natural guardian of infant K.W., et al.

                              Plaintiffs,

                  -against-

CITY OF NEW YORK, et al.,

                              Defendants.
------------------------------------------------------------------x

NOTICE OF MOTION FOR LEAVE TO AMEND THE COMPLAINT

14 CV 9326 (PAE)

      PLEASE TAKE NOTICE that, upon the accompanying Declaration of Gabriel P. Harvis, the exhibit annexed thereto, and the accompanying Memorandum of Law, and upon all the prior pleadings and proceedings herein, plaintiffs move this Court, at the Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be selected by the Court, for an order granting leave for them to file their proposed Second Amended Complaint, on the consent of the defendants.

Dated:     New York, New York
             August 24, 2015

                                      HARVIS & FETT LLP
                                      305 Broadway, 14th Floor
                                      New York, New York 10007
                                      (212) 323-6880

                                      By:_____
                                          Gabriel P. Harvis

                                      *Attorneys for plaintiffs*

To:    Elissa Jacobs, Esq. (by ECF)
         *Attorney for defendants*